**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ARMSTRONG FLOORING, INC., *et al.*,[1] | Case No. 22-10426 (MFW) |
| Debtors. | (Jointly Administered) |
| Alfred T. Giuliano, as Chapter 7 Trustee of the Armstrong Flooring, Inc., *et al.*, | |
| Plaintiff, | |
| vs. | Adv. No. 23-50031 |
| NOX Corporation, | |
| Defendant. | |

**CERTIFICATION OF COUNSEL REQUESTING EXTENSION OF TIME**
**FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

I, Peter J. Keane, of Pachulski Stang Ziehl & Jones LLP, counsel for Alfred T. Giuliano, chapter 7 trustee (the "Plaintiff" or "Trustee") to the estate in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby certify as follows:

1.     On or about January 30, 2023, Armstrong Flooring, Inc.[2] initiated the Adversary Proceeding by the filing of an adversary *Complaint to Avoid Transfers Pursuant to 11 U.S.C. §§ 547, 548 and 502 and to Recover Property Transferred Pursuant to 11 U.S.C. § 550* (the "Complaint") [Docket No. 1] against NOX Corporation (the "Defendant" together with Plaintiff the "Parties").

---

[1] The Debtors in these chapter 7 cases along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

[2] The Adversary Proceeding was originally filed by the Debtors. On April 17, 2023, their chapter 11 cases were converted to ones under chapter 7 of the Bankruptcy Code, and the Trustee is now the Plaintiff as the successor in interest.

2. On or about February 1, 2023, a *Summons and Notice of Pretrial Conference In an Adversary Proceeding* (the "Summons") [Docket No. 3] was filed.

3. The Parties have made significant progress toward reaching an informal resolution of the above-captioned adversary proceeding and have agreed to continue to engage in settlement negotiations to reach an informal resolution of the Adversary Proceeding in the near term.

4. Accordingly, the Parties have agreed that the time within which Defendant may answer, move, or otherwise plead to the Complaint should be extended to and including December 7, 2023.

5. In light of the foregoing, the Parties have agreed that all dates and deadlines established in that certain *Order Assigning Adversary Proceeding To Mediation, Appointing Mediator, And Setting Mediation Deadlines And Trial Date* [D.I. 16] by which mediation of the Adversary Proceeding must be scheduled, conducted, and/or concluded should be adjourned to such later date(s) as may be agreed by the Parties. The Parties memorialized their agreement in *Stipulation For (I) Second Extension Of Time For Defendant To Respond To The Complaint; And (II) Adjournment of Corresponding Mediation Dates* (the "Stipulation").

6. Attached hereto as Exhibit A is a proposed order (the "Order") approving the Stipulation. A copy of the Stipulation is attached to the Order as Exhibit 1.

WHEREFORE, the Parties respectfully request entry of the Order.

Dated: October 18, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler, Esq. (DE Bar No. 4142)
Peter J. Keane, Esq. (DE Bar No. 5503)
Edward A. Corma, Esq. (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
 pkeane@pszjlaw.com
 ecorma@pszjlaw.com

*-and-*

ASK LLP
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Anastasia Kazmina, Esq., MN SBN 0398419
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Email: kcasteel@askllp.com

*Counsel for Alfred T. Giuliano,*
*Chapter 7 Trustee of Armstrong Flooring, Inc.,*
*et al.*

# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW) |
| Alfred T. Giuliano, as Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc., *et al.*,<br><br>Plaintiff.<br><br>v.<br><br>NOX Corporation,<br><br>Defendant. | Adv. Pro. No. 23-50031 (MFW) |

**ORDER APPROVING STIPULATION FOR (I) SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT; AND (II) ADJOURNMENT OF CORRESPONDING MEDIATION DATES**

AND NOW upon consideration of the *Stipulation For (I) Second Extension Of Time For Defendant To Respond To The Complaint; And (II) Adjournment of Corresponding Mediation Dates* (the "Stipulation") between Alfred T. Giuliano, chapter 7 trustee (the "Plaintiff" or "Trustee") for the estate in the above-captioned adversary proceeding and Nox Corporation (the "Defendant"), attached hereto as **Exhibit 1**; and the Court having determined that no further notice of the Stipulation need be given; it is hereby:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

1

**ORDERED** that the Stipulation is **APPROVED**, and it is

**FURTHER ORDERED** that, in light of the representations made in the Stipulation, the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby extended through and including December 7, 2023.

**FURTHER ORDERED** that, in light of the representations made in the Stipulation, all dates and deadlines established in that certain *Order Assigning Adversary Proceeding To Mediation, Appointing Mediator, And Setting Mediation Deadlines And Trial Date* [D.I. 16] by which mediation of the above-captioned adversary proceeding must be scheduled, conducted, and/or concluded are hereby adjourned to such later date(s) as may be agreed by Plaintiff and Defendant.

# Exhibit 1
**(Stipulation)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW) |
| Alfred T. Giuliano, as Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc., *et al.*,<br><br>Plaintiff.<br><br>v.<br><br>NOX Corporation,<br><br>Defendant. | Adv. Pro. No. 23-50031 (MFW) |

**STIPULATION FOR (I) SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT; AND (II) ADJOURNMENT OF CORRESPONDING MEDIATION DATES**

Alfred T. Giuliano, chapter 7 trustee (the "Plaintiff" or "Trustee") for the estate in the above-captioned adversary proceeding, and Nox Corporation (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation For (I) Second Extension Of Time For Defendant To Respond To The Complaint; And (II) Adjournment of Corresponding Mediation Dates* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties have made significant progress toward reaching an informal resolution of the above-captioned adversary proceeding (the "Adversary Proceeding"). The Parties continue

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

1

2

to engage in settlement negotiations and are hopeful that an informal resolution of the Adversary Proceeding may be reached in the near term.

2. In light of the foregoing, the Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby extended through and including December 7, 2023.

3. In light of the foregoing, the Parties agree and stipulate that all dates and deadlines established in that certain *Order Assigning Adversary Proceeding To Mediation, Appointing Mediator, And Setting Mediation Deadlines And Trial Date* [D.I. 16] by which mediation of the Adversary Proceeding must be scheduled, conducted, and/or concluded are hereby adjourned to such later date(s) as may be agreed by the Parties.

| | |
|---|---|
| Dated: October 17, 2023 | Dated: October 17, 2023 |
| PACHULSKI STANG ZIEHL & JONES LLP | /s/ David F. Cook<br>David F. Cook (DE Bar No. 6352)<br>**DENTONS US LLP**<br>1900 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 496-7301<br>Email: david.f.cook@dentons.com |
| /s/ Peter J. Keane<br>Bradford J. Sandler, Esq. (DE Bar No. 4142)<br>Peter J. Keane, Esq. (DE Bar No. 5503)<br>Edward A. Corma, Esq. (DE Bar No. 6718)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>   pkeane@pszjlaw.com<br>   ecorma@pszjlaw.com | Robert R. Richards<br>**DENTONS US LLP**<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>Telephone: (312) 876-7396<br>Email: robert.richards@dentons.com<br><br>*Counsel for Defendant* |
| -and-<br><br>ASK LLP<br>Joseph L. Steinfield, Jr. Esq., MN SBN 0266292<br>Anastasia Kazmina, Esq., MN SBN 0398419<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>Telephone: (651) 289-3854<br>Email: akazmina@askllp.com<br><br>*Counsel for Plaintiff* | |

3