# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW) |
| Alfred T. Giuliano, as Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc., *et al.*,<br><br>    Plaintiff.<br><br>    v.<br><br>NOX Corporation,<br><br>    Defendant. | Adv. Pro. No. 23-50031 (MFW) |

**ORDER APPROVING STIPULATION FOR (I) SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT; AND (II) ADJOURNMENT OF CORRESPONDING MEDIATION DATES**

AND NOW upon consideration of the *Stipulation For (I) Second Extension Of Time For Defendant To Respond To The Complaint; And (II) Adjournment of Corresponding Mediation Dates* (the "Stipulation") between Alfred T. Giuliano, chapter 7 trustee (the "Plaintiff" or "Trustee") for the estate in the above-captioned adversary proceeding and Nox Corporation (the "Defendant"), attached hereto as **Exhibit 1**; and the Court having determined that no further notice of the Stipulation need be given; it is hereby:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

1

**ORDERED** that the Stipulation is **APPROVED**, and it is

**FURTHER ORDERED** that, in light of the representations made in the Stipulation, the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby extended through and including December 7, 2023.

**FURTHER ORDERED** that, in light of the representations made in the Stipulation, all dates and deadlines established in that certain *Order Assigning Adversary Proceeding To Mediation, Appointing Mediator, And Setting Mediation Deadlines And Trial Date* [D.I. 16] by which mediation of the above-captioned adversary proceeding must be scheduled, conducted, and/or concluded are hereby adjourned to such later date(s) as may be agreed by Plaintiff and Defendant.

Dated: October 19th, 2023  
Wilmington, Delaware

**MARY F. WALRATH**  
**UNITED STATES BANKRUPTCY JUDGE**