**<u>Exhibit 1</u>**

**(Stipulation)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 22-10426 (MFW) |
| ARMSTRONG FLOORING, INC., *et al.*,[1] | |
| Debtors. | |
| Alfred T. Giuliano, as Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc., *et al.*, | Adv. Pro. No. 23-50031 (MFW) |
| Plaintiff. | |
| v. | |
| NOX Corporation, | |
| Defendant. | |

**STIPULATION FOR (I) SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT; AND (II) ADJOURNMENT OF CORRESPONDING MEDIATION DATES**

Alfred T. Giuliano, chapter 7 trustee (the "<u>Plaintiff</u>" or "<u>Trustee</u>") for the estate in the above-captioned adversary proceeding, and Nox Corporation (the "<u>Defendant</u>" and, together with Plaintiff, the "<u>Parties</u>"), through their respective counsel, enter into this *Stipulation For (I) Second Extension Of Time For Defendant To Respond To The Complaint; And (II) Adjournment of Corresponding Mediation Dates* (the "<u>Stipulation</u>") and hereby stipulate and agree as follows:

1. The Parties have made significant progress toward reaching an informal resolution of the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>"). The Parties continue

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

1

to engage in settlement negotiations and are hopeful that an informal resolution of the Adversary Proceeding may be reached in the near term.

2.      In light of the foregoing, the Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby extended through and including December 7, 2023.

3.      In light of the foregoing, the Parties agree and stipulate that all dates and deadlines established in that certain *Order Assigning Adversary Proceeding To Mediation, Appointing Mediator, And Setting Mediation Deadlines And Trial Date* [D.I. 16] by which mediation of the Adversary Proceeding must be scheduled, conducted, and/or concluded are hereby adjourned to such later date(s) as may be agreed by the Parties.

US_ACTIVE\125187473\V-1

Dated:  October  17, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler, Esq. (DE Bar No. 4142)
Peter J. Keane, Esq. (DE Bar No. 5503)
Edward A. Corma, Esq. (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*-and-*

ASK LLP
Joseph L. Steinfield, Jr. Esq., MN SBN 0266292
Anastasia Kazmina, Esq., MN SBN 0398419
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3854
Email: akazmina@askllp.com

*Counsel for Plaintiff*

Dated: October  17, 2023

*/s/ David F. Cook*
David F. Cook (DE Bar No. 6352)
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20006
Telephone:  (202) 496-7301
Email:  david.f.cook@dentons.com

Robert R. Richards
**DENTONS US LLP**
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-7396
Email: robert.richards@dentons.com

*Counsel for Defendant*

3